1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SHAKA SENEGAL MUHAMMAD,

11               Plaintiff,                    No. CIV S-09-0582 EFB P

12         vs.

13   D.K. SISTO, et al.,

14               Defendants.              <u>ORDER</u>

15   _____/

16         Plaintiff is a state prisoner proceeding without counsel in an action brought under *See* 42

17   U.S.C. §1983.

18         To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28

19   U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust

20   account statement required by 28 U.S.C. § 1915(a).

21         Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed

22   *in forma pauperis*.

23         Accordingly, plaintiff has 30 days from the date of service of this order to submit either

24   the filing fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail

25   ////

26   ////

                                    1

1  to plaintiff a form application for leave to proceed *in forma pauperis*. Failure to comply with
2  this order may result in this action being dismissed.
3      So ordered.
4  DATED: May 12, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE